1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   ELIZABETH REID,              )   Case No. EDCV 12-01997-VAP
                                   )   (OPx)
12                  Plaintiff,     )
                                   )   **JUDGMENT**
13        v.                       )
                                   )
14   FIRST MORTGAGE                )
     CORPORATION; FEDERAL          )
15   HOME LOAN MORTGAGE            )
     CORPORATION; MORTGAGE         )
16   ELECTRONIC REGISTRATION       )
     SYSTEMS, INC.; AND DOES       )
17   1-100,                        )
                                   )
18                  Defendants.    )
19   _____

20   **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

21        Pursuant to the Order filed herewith, IT IS ORDERED

22   AND ADJUDGED that Plaintiff's Complaint is DISMISSED

23   WITHOUT PREJUDICE.   The Court orders that such judgment

24   be entered.

25

26

27   Dated: <u>December 18, 2012</u>
                                   _____
28                                     VIRGINIA A. PHILLIPS
                                   United States District Judge